U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 1 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY** | : | **DOCKET NO. 06-291** |
| VS. | : | JUDGE TRIMBLE |
| **DUNHAM PRICE MARINE, LLC, ET AL** | : | MAGISTRATE JUDGE KAY |

## ORDER

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (doc. #41) filed by defendant F&S Marine, LLC is hereby **DENIED**.

**THUS DONE AND SIGNED** in chambers in Lake Charles, Louisiana on this 13th day of August, 2008.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE